UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET CONNELL,

         Plaintiff,

-v-

BURLINGTON COAT FACTORY, BURLINGTON STORES, INC., d/b/a BURLINGTON COAT FACTORY, BURLINGTON COAT FACTORY REALTY OF YONKERS, INC., BURLINGTON COAT FACTORY OF NEW YORK LLC, BURLINGTON COAT FACTORY DIRECT CORPORATION, and BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,

         Defendants.

21 Civ. 7495 (PAE) (SLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 4, 2022, the Court held a case management conference in this case. At the conference, the Court (1) extended fact discovery to May 2, 2022; (2) set the next teleconference conference in this case for June 13, 2022, at 4 p.m.; and (3) resolved certain discovery disputes in the manner discussed on the record. The Court will, by separate order, refer this case to a settlement conference before the assigned Magistrate Judge.

SO ORDERED.

*Paul A. Engelmayer* (signature)
Paul A. Engelmayer
United States District Judge

Dated: April 4, 2022
    New York, New York