UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARET CONNELL,

                    Plaintiff,

        -v-

                                                          CIVIL ACTION NO.: 21 Civ. 7495 (PAE) (SLC)

BURLINGTON COAT FACTORY, et al.,                          **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        This action has been referred to the undersigned for settlement.  (ECF No. 15).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for

**Thursday, April 21, 2022 at 12:00 pm** on the Court's conference line.  The parties are directed to

call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties shall be prepared

to discuss their availability, and that of their clients, for a Settlement Conference, as well as their

preferred format for the Settlement Conference (in-person, by telephone, or by videoconference

hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:        New York, New York
              April 5, 2022

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**