UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARET CONNELL,

               Plaintiff,

-v-

BURLINGTON COAT FACTORY, et al.,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 7495 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court inadvertently set the forthcoming settlement conference on Monday, June 20, 2022, which is a Court Holiday.  Accordingly, the settlement conference is adjourned to **Friday, June 24, 2022 at 2:00pm**.  All other terms of the original scheduling order (ECF No. 22) remain in effect.

Dated:      New York, New York
              April 27, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**