UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET CONNELL,

                              Plaintiff,

        -v-

BURLINGTON COAT FACTORY, et al.

                            Defendants.

21 cv 7495 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Due to a conflict, the Court respectfully reschedules the case management conference in this case originally scheduled for Monday, August 15 at 2 p.m. to Monday, August 15 at 9 a.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound(#) key.

      SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: August 9, 2022
         New York, New York