UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET CONNELL,

                              Plaintiff,

              -v-

BURLINGTON COAT FACTORY, et al.

                            Defendants.

21 cv 7495 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 15, 2022, the Court held a case management conference, at which it set the following dates for pretrial submissions and trial.

By September 20, 2022, the parties shall submit a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3). Any motions *in limine*, along with the parties' proposed *voir dire* questions, jury instructions, and verdict forms, must be filed by September 20, 2022. Any opposition to a *motion in limine* is due on September 27, 2022. The Court does not invite replies.

Trial in this case, which the parties estimated will last between three and five days, will begin on February 6, 2023. The Court will schedule a final pretrial conference after review of the joint pretrial order.

SO ORDERED.

                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: August 16, 2022
           New York, New York